UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

| | | |
|---|---|---|
| CALVIN DI NICOLO, Derivatively on Behalf of THE PRINCETON REVIEW, INC., | ) ) ) | Case No. 1:11-cv-12008-RGS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MICHAEL J. PERIK, CHRISTIAN G. KASPER, STEPHEN C. RICHARDS, SUSAN T. RAO, DAVID LOWENSTEIN, LINDA WHITLOCK, RICHARD KATZMAN, MICHAEL A. KRUPKA, JEFFREY R. CRISAN, JOHN S. SCHNABEL, DAVID L. WARNOCK, and ROBERT E. EVANSON, | ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| -and- | ) ) | |
| THE PRINCETON REVIEW, INC., a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

## JOINT MOTION FOR DISMISSAL

Pursuant to Rules 23.1 and 41(a) of the Federal Rules of Civil Procedure, plaintiff Calvin

Di Nicolo ("Plaintiff") and defendants Michael J. Perik, Christian G. Kasper, Stephen C.

Richards, Susan T. Rao, David Lowenstein, Linda Whitlock, Richard Katzman, Michael A.

Krupka, Jeffrey R. Crisan, John S. Schnabel, David L. Warnock, and Robert E. Evanson

(collectively, the "Individual Defendants"), and nominal defendant The Princeton Review, Inc.

("Princeton Review" or the "Company"; collectively with the Individual Defendants, the

"Defendants"), by and through their respective counsel, respectfully request that the Court enter

an Order granting Plaintiff's request to voluntarily dismiss this action without prejudice.  In

support of this motion, the parties state as follows:

1.     This is a derivative action (the "Derivative Action") brought by a shareholder of Princeton Review on November 14, 2011, claiming that Princeton Review has been damaged by certain alleged breaches of fiduciary duty, waste of corporate assets, and unjust enrichment by the Individual Defendants.

2.     On January 12, 2012, all proceedings in this Derivative Action were stayed without prejudice to any party pending a final decision on defendants' motions to dismiss a related securities fraud class action captioned *Washtenaw County Employees' Retirement System v. The Princeton Review, Inc., et al.,* Civ. No. 1:11-cv-11359-RGS (the "Class Action").

3.     On March 6, 2012, the Court granted defendants' motions to dismiss the Class Action with prejudice, and entered judgment for defendants in the Class Action that same day.

4.     Plaintiff has agreed to voluntarily dismiss this Derivative Action without prejudice. Each party has agreed to bear its own costs, expenses, and attorneys' fees.

5.     The parties submit that notice is not required, as the dismissal is without prejudice.

WHEREFORE, in consideration of the foregoing, the parties respectfully request that the Court enter the proposed Order below, dismissing this action without prejudice and with all parties bearing their own costs.

DATED: April 9, 2012

PARTRIDGE, ANKNER &
HORSTMANN, LLP

/s/ Terence K. Anker
TERENCE K. ANKNER (BBO #552469)
PETER C. HORSTMANN (BBO #556377)
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999
Facsimile: (617) 859-9998

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
JULIA M. WILLIAMS

GINA STASSI
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Rd., Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582

*Counsel for Plaintiff*

DATED: April 9, 2012

GOODWIN PROCTER LLP

/s/ Deborah S. Birnbach
Deborah S. Birnbach (BBO #628243)
William B. Brady (BBO # 682366)
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Counsel for Defendants Michael J. Perik,*
*Christian G. Kasper, Stephen C. Richards,*
*Susan T. Rao, David Lowenstein,*
*Linda Whitlock, Richard Katzman, Michael A.*
*Krupka, Jeffrey R. Crisan, John S. Schanbel,*
*David L. Warnock, Robert E. Evanson, and*
*Nominal Defendant The Princeton Review, Inc.*

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

Having considered the parties' Joint Motion for Dismissal, the Court hereby dismisses the above-captioned action without prejudice and with all parties bearing their own costs.

IT IS SO ORDERED.

DATED: 4-11-12.

HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE